7jgmtwoh (7/15)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:*  Danny NMN Bankson and Stacy Lynn Bankson
*Debtor*

**Patricia A. Brown**
    Plaintiff(s)

v.

**Danny NMN Bankson**
**Stacy Lynn Bankson**
    Defendant(s)

*Bankruptcy Case No.*
13–30744–can7

*Adversary Case No.*
15–03012–can

## JUDGMENT

    The issues of this proceeding having been duly considered by the Honorable Cynthia A. Norton , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: that the Debtors bankruptcy discharge is revoked pursuant to 11 U.S.C. § 727(D)(2). Each side to bear its own costs.



PAIGE WYMORE–WYNN
Acting Court Executive

By: /s/ Jamie McAdams
    Deputy Clerk

Date of issuance: 8/31/15

Court to serve